UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-11-00954 CW |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING UNITED STATES' REQUEST TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR RELIEF FROM STANDARD CONDITION NUMBER 13 |
| v. | ) ) | |
| JINNATE GLASPER JONES, | ) ) | |
| Defendant. | ) ) ) | |

For the reasons stated in the United States' Request To Extend Deadline For Response To Defendant's Motion For Relief From Standard Condition Number 13, the United States has requested that the Court extend its response deadline to August 31, 2012.  Specifically, the United States requested additional time to complete its review of the underlying criminal case and to communicate with the Probation Office.  Additionally, counsel for the United States is unavailable from approximately August 4, 2012, through August 12, 2012.

**IT IS HEREBY ORDERED** that the United States' deadline to respond to defendant's Motion For Relief From Standard Condition Number 13 is extended to August 31, 2012.

DATED: 7/31/2012

_____
HON. CLAUDIA WILKEN
United States District Court Judge

UNITED STATES' REQ. TO EXTEND DEADLINE FOR RESPONSE
No. CR-11-00954 CW                                  -3-