UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>JINNATE GLASPER JONES,<br>a/k/a Jinnate Grays,"<br><br>　　Defendant. | No.   CR-11-00954 CW<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' SECOND REQUEST TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR RELIEF FROM STANDARD CONDITION NUMBER 13 |

For the reasons stated in the United States' Second Request To Extend Deadline For Response To Defendant's Motion For Relief From Standard Condition Number 13, the United States has requested that the Court extend its response deadline to September 7, 2012. Specifically, the United States requested additional time to complete its review of the underlying criminal case and to communicate with the Probation Officer.

**IT IS HEREBY ORDERED** that the United States' deadline to respond to defendant's Motion For Relief From Standard Condition Number 13 is extended to September 7, 2012.

DATED: 9/5/2012

HON. CLAUDIA WILKEN
United States District Court Judge

UNITED STATES' SECOND REQ. TO EXTEND DEADLINE FOR RESPONSE
No. CR-11-00954 CW                                   -3-